# Exhibit 2

| US11899603B1 | Cambrionix SuperSync15 ("The accused product") |
|---|---|
| 16. A method for switching a particular port of a multiport hub between one of multiple modes, the method comprising: | The accused product discloses a method for switching a particular port (e.g., port of the accused product) of a multiport hub (e.g., 15 port USB hub) between one of multiple modes (e.g., multiple modes such as charge mode, sync mode, off mode, etc.). |

As shown below, the accused product is a 15-port, industrial-grade USB hub designed for fast, simultaneous charging and data transfer for smartphones, tablets, peripherals, etc. The accused product includes 15 downstream ports and allows switching each port between multiple modes, such as sync mode, charge mode, off mode, etc., using Cambrionix Connect software, a command-line interface (CLI), or an API connection to the hub.



https://www.cambrionix.com/products/supersync15



https://www.cambrionix.com/products/supersync15

https://www.cambrionix.com/products/supersync15

https://www.cambrionix.com/products/supersync15



https://www.cambrionix.com/products/supersync15

**SuperSync15**

Industry-grade and modular hub built and tested in our Cambridge HQ, engineered for mission-critical environments.

**Connect Premium License**

1-year access to our premium software with remote multi-device control, real-time analytics, firmware updates and more.

https://www.cambrionix.com/products/supersync15



https://www.cambrionix.com/products/supersync15

  

**Charge and sync in parallel**

Charge and transfer data to up to 15 devices at once, reducing manual handling and improving throughput.

**Reliable charging**

Consistent, safe charging across all connected devices with up to 2.1A and 10W of charging power per port.

**Remote management**

Monitor hub performance and control port behaviour via the Cambrionix Connect software platform.

https://www.cambrionix.com/products/supersync15



https://www.cambrionix.com/products/supersync15



**What kind of devices can I connect to the SuperSync15?**

You can connect any USB-compatible device, such as smartphones, tablets, and peripherals, using USB-A cables. It supports syncing and charging for up to 15 devices simultaneously.

**Does the SuperSync15 support simultaneous charging and data transfer?**

Yes, the SuperSync15 is designed to simultaneously charge and sync all 15 connected devices.

**What is the maximum charging output per port?**

Each port can deliver up to 2.1A and 10W for reliable and efficient charging.

**What type of USB ports does the SuperSync15 have?**

The SuperSync15 features 15 USB-A 2.0 ports for device connection.

https://www.cambrionix.com/products/supersync15

No additional drivers are required. The hub operates as a plug-and-play device, and Cambrionix Connect software can be downloaded separately for advanced control.

*Source: User manual of the accused product*

The SuperSync15has been designed primarily for desktop use, being highly compact and quiet. It provides 12W of charging power to each of its 15 Type-A ports, allowing mobile devices to be charged quickly, safely and reliably. All ports can be controlled using Cambrionix software to enable charging and data transfer while monitoring important port and device information.

*Source: User manual of the accused product*

## 4.5. Connecting to a Host

Throughout this manual we will refer to a "host system" this is the system you will be using to connect and control your devices and hubs. This could be any host system such as a Windows PC, macOS system or Linux PC.

Once the power is connected, connect the SuperSync15 to your host system using a Type-A cable, one of these is supplied with your hub and we recommend using this cable to connect with. If your host system does not have a matching port to the cable supplied still use the cable, but also use an adaptor cable to finish the connection at your host. Using an incorrect host cable may result in the hub and all subsequent ports not being recognised by your host.

Please note that USB specifications require a minimum 100 mA charge current to be available during data transfer. As indicated in above, if the attached device has a BC1.2 compliant CDP port, the device can draw up to 2.4A whilst transferring data.

## 4.6. Connecting devices to your SuperSync15

Throughout this manual we will refer to "devices" this relates to the device you are connecting to the SuperSync15 this could be any USB device such as a phone, tablet, USB drive or any other USB connected device.

*Source: User manual of the accused product*

## 5.  Using your Cambrionix Hub

This section provides guidance on using your hub effectively, either in charge-only or sync-and-charge applications. You will also find detailed information on managing your hub, adjusting port modes, connecting multiple hubs to a single host, and utilising Cambrionix Software for enhanced functionality.

*Source: User manual of the accused product*

### 6.0.4 Cambrionix Hub API

The Cambrionix Hub API allows you to monitor and control each port in detail and to integrate these functions into your own workflow processes. The API comprises a daemon (which is a program running in the background) that can be downloaded from https://www.cambrionix.com/cambrionix-api and installed on the host machine. Port information and control can be provided through the API. Calls are sent as a request to the API to "Get" port, device or Hub information, or "Set" port functions. A library of sample code is downloaded along with the API from the following link https://www.cambrionix.com/cambrionix-api and can be found within the program files under 'examples'. These can help you integrate many of these functions into your process work-flow alongside the complete user manual.

*Source: User manual of the accused product*

### 6.0.2 Cambrionix Connect

Cambrionix Connect is an application that can be run from a browser by visiting https://connect.cambrionix.com or it can be downloaded from https://www.cambrionix.com/connect. Cambrionix Connect allows you to switch the ports on and off and set the port mode. Cambrionix Connect's home page shows the hubs available, by selecting a hub you can obtain the following information about all the ports:

• Status (Attached/disconnected)

• Mode (Charge/Sync/Off)

• Profile (Charging profile)

*Source: User manual of the accused product*

## 5.4. Managing Ports & Your SuperSync15

Each port on your SuperSync15 can be managed either individually, or all together. You can turn the ports off and on, change the port mode, or change various other settings applicable to the SuperSync15 more information can be found in the Cambrionix Connect section under Internal hub settings. This can be done through Cambrionix Connect, the CLI or by connecting to the hub via the API.

### 5.4.1 Port Modes

| Charge | Turn specific ports or the whole hub to charge only mode (no data connection, hub emulates an OEM charger) |
|--------|-----------------------------------------------------------------------------------------------------------|
| Sync   | Turn specific ports or the whole hub to sync mode |
| Biased | Detect the presence of a device but it will not sync or charge it |
| Off    | Turn specific ports on or off or switch the whole hub on or off (no power and no data channels open, mimics unplugging the device) |

Table 5-2

*Source: User manual of the accused product*

| | |
|---|---|
| | ### 5.4.2 Switching port modes |
| | You can switch between port modes by using Cambrionix Connect, the CLI or by connecting to the hub via the API. If you switch a port off then this will stop any connection taking place to the USB device and would mimic unplugging the USB device completely from the host system. |
| | If you are in Sync mode and then switch to Charge mode the USB device will disconnect briefly whilst the profiling process takes place, during the profiling process the connection will disconnect and reconnect whilst the device settles on the optimum profile. Once the profiling has taken place, and a charging profile is selected, the device will then draw a charge rate, which will be defined by the charging controller within the USB device. The charging profile will limit the maximum amount that the device is able to draw. |
| | If you are in Off or Charge mode and switch to Sync mode the USB device will disconnect briefly whilst a data connection is opened, the USB device will then become available to the host as if the USB device is connected directly to the host, and will be able to sync data. The SuperSync15 will also charge the device whilst connected. It is impossible to have a data connection to a USB device without any power negotiating, you can reduce the charging rates available by disabling CDP (Charging downstream port). |
| | *Source: User manual of the accused product* |
| configuring 1-to-N data communications between a main connector and a number (N) of ports of the multiport hub; | The accused product discloses configuring 1-to-N data communications (e.g., host-to-15 devices communication) between a main connector (e.g., host port) and a number (N) of ports of the multiport hub (e.g., 15 downstream ports of the accused product). <br><br> As shown below, the accused product is a 15-port, industrial-grade USB hub designed for fast, simultaneous charging and data transfer for smartphones, tablets, peripherals, etc. The accused product includes 15 downstream ports for connecting devices such as smartphones, tablets, peripherals, etc. and one host port configured to connect host such as PC, macOS system, etc. to provide 1-to-N data |

communication between a host and the devices connected through 15 ports.



https://www.cambrionix.com/products/supersync15

https://www.cambrionix.com/products/supersync15

https://www.cambrionix.com/products/supersync15

### SuperSync15

Industry-grade and modular hub built and tested in our Cambridge HQ, engineered for mission-critical environments.

### Connect Premium License

1-year access to our premium software with remote multi-device control, real-time analytics, firmware updates and more.

https://www.cambrionix.com/products/supersync15



**Charge and sync in parallel**

Charge and transfer data to up to 15 devices at once, reducing manual handling and improving throughput.



**Reliable charging**

Consistent, safe charging across all connected devices with up to 2.1A and 10W of charging power per port.



**Remote management**

Monitor hub performance and control port behaviour via the Cambrionix Connect software platform.

https://www.cambrionix.com/products/supersync15

**What kind of devices can I connect to the SuperSync15?**  〉

You can connect any USB-compatible device, such as smartphones, tablets, and peripherals, using USB-A cables. It supports syncing and charging for up to 15 devices simultaneously.

**Does the SuperSync15 support simultaneous charging and data transfer?**  〉

Yes, the SuperSync15 is designed to simultaneously charge and sync all 15 connected devices.

**What is the maximum charging output per port?**  〉

Each port can deliver up to 2.1A and 10W for reliable and efficient charging.

**What type of USB ports does the SuperSync15 have?**  〉

The SuperSync15 features 15 USB-A 2.0 ports for device connection.

https://www.cambrionix.com/products/supersync15



https://www.cambrionix.com/products/supersync15



https://www.cambrionix.com/products/supersync15



https://www.cambrionix.com/products/supersync15

## 4.5. Connecting to a Host

Throughout this manual we will refer to a "host system" this is the system you will be using to connect and control your devices and hubs. This could be any host system such as a Windows PC, macOS system or Linux PC.

Once the power is connected, connect the SuperSync15 to your host system using a Type-A cable, one of these is supplied with your hub and we recommend using this cable to connect with. If your host system does not have a matching port to the cable supplied still use the cable, but also use an adaptor cable to finish the connection at your host. Using an incorrect host cable may result in the hub and all subsequent ports not being recognised by your host.

Please note that USB specifications require a minimum 100 mA charge current to be available during data transfer. As indicated in above, if the attached device has a BC1.2 compliant CDP port, the device can draw up to 2.4A whilst transferring data.

## 4.6. Connecting devices to your SuperSync15

Throughout this manual we will refer to "devices" this relates to the device you are connecting to the SuperSync15 this could be any USB device such as a phone, tablet, USB drive or any other USB connected device.

*Source: User manual of the accused product*

The SuperSync15 can charge attached USB devices without using a local computer, and our intelligent charging algorithm allows almost any device to be charged at its optimum rate (up to 2.4A). The firmware can be updated to enable new charging profiles, ensuring the SuperSync15 can charge the latest devices. It is ready to charge out-of-the-box and sync devices when attached to a host computer.

When a local (host) computer is connected, the host can control the operation of the ports using available software. Device charging and synchronisation can be monitored through

*Source: User manual of the accused product*

<table>
<tr>
<td></td>
<td>

### 5.2.1 Connecting the Hub to a host computer

Connect the SuperSync15 to your host system using a Type-A cable. Using an incorrect host cable may result in the hub and all subsequent ports not being recognised by your host. You can use an optical cable to connect to your host as the SuperSync15 is self powered.

The SuperSync15 must be connected physically to a host in order to communicate with the hub and devices. If you wish to connect to a hub remotely (not on the physical host it is connected

*Source: User manual of the accused product*

The SuperSync15has been designed primarily for desktop use, being highly compact and quiet. It provides 12W of charging power to each of its 15 Type-A ports, allowing mobile devices to be charged quickly, safely and reliably. All ports can be controlled using Cambrionix software to enable charging and data transfer while monitoring important port and device information.

*Source: User manual of the accused product*

</td>
</tr>
<tr>
<td>detecting a change in a position of a switch integrated in the multiport hub;</td>
<td>

The accused product discloses detecting a change in a position of a switch (e.g., detecting a change/switching modes) integrated in the multiport hub (e.g., the accused product).

As shown below, the accused product is a 15-port, industrial-grade USB hub designed for fast, simultaneous charging and data transfer for smartphones, tablets, peripherals, etc. The accused product includes 15 downstream ports and allows switching each port between multiple modes, such as sync mode, charge mode, off mode, etc., using Cambrionix Connect software, a command-line interface (CLI), or an API connection to the hub. The accused product detects a change/switch in the mode and upon detection disconnects the USB device briefly and reconnects to the switched mode profile.

</td>
</tr>
</table>



https://www.cambrionix.com/products/supersync15

## SuperSync15 overview

The SuperSync15 is a premium, industrial-grade, fifteen-port USB-A hub designed to charge, connect, and manage devices quickly, reliably, and safely. All downstream ports deliver a shared 5 Gbps for rapid data transfer and up to 10W power output for fast charging of devices.

https://www.cambrionix.com/products/supersync15

### SuperSync15
Industry-grade and modular hub built and tested in our Cambridge HQ, engineered for mission-critical environments.

### Connect Premium License
1-year access to our premium software with remote multi-device control, real-time analytics, firmware updates and more.

https://www.cambrionix.com/products/supersync15

  

**Charge and sync in parallel**

Charge and transfer data to up to 15 devices at once, reducing manual handling and improving throughput.

**Reliable charging**

Consistent, safe charging across all connected devices with up to 2.1A and 10W of charging power per port.

**Remote management**

Monitor hub performance and control port behaviour via the Cambrionix Connect software platform.

https://www.cambrionix.com/products/supersync15

No additional drivers are required. The hub operates as a plug-and-play device, and Cambrionix Connect software can be downloaded separately for advanced control.

*Source: User manual of the accused product*

The SuperSync15has been designed primarily for desktop use, being highly compact and quiet. It provides 12W of charging power to each of its 15 Type-A ports, allowing mobile devices to be charged quickly, safely and reliably. All ports can be controlled using Cambrionix software to enable charging and data transfer while monitoring important port and device information.

*Source: User manual of the accused product*

## 4.5. Connecting to a Host

Throughout this manual we will refer to a "host system" this is the system you will be using to connect and control your devices and hubs. This could be any host system such as a Windows PC, macOS system or Linux PC.

Once the power is connected, connect the SuperSync15 to your host system using a Type-A cable, one of these is supplied with your hub and we recommend using this cable to connect with. If your host system does not have a matching port to the cable supplied still use the cable, but also use an adaptor cable to finish the connection at your host. Using an incorrect host cable may result in the hub and all subsequent ports not being recognised by your host.

Please note that USB specifications require a minimum 100 mA charge current to be available during data transfer. As indicated in above, if the attached device has a BC1.2 compliant CDP port, the device can draw up to 2.4A whilst transferring data.

## 4.6. Connecting devices to your SuperSync15

Throughout this manual we will refer to "devices" this relates to the device you are connecting to the SuperSync15 this could be any USB device such as a phone, tablet, USB drive or any other USB connected device.

*Source: User manual of the accused product*

## 5.  Using your Cambrionix Hub

This section provides guidance on using your hub effectively, either in charge-only or sync-and-charge applications. You will also find detailed information on managing your hub, adjusting port modes, connecting multiple hubs to a single host, and utilising Cambrionix Software for enhanced functionality.

*Source: User manual of the accused product*

### 6.0.4 Cambrionix Hub API

The Cambrionix Hub API allows you to monitor and control each port in detail and to integrate these functions into your own workflow processes. The API comprises a daemon (which is a program running in the background) that can be downloaded from https://www.cambrionix.com/cambrionix-api and installed on the host machine. Port information and control can be provided through the API. Calls are sent as a request to the API to "Get" port, device or Hub information, or "Set" port functions. A library of sample code is downloaded along with the API from the following link https://www.cambrionix.com/cambrionix-api and can be found within the program files under 'examples'. These can help you integrate many of these functions into your process work-flow alongside the complete user manual.

*Source: User manual of the accused product*

### 6.0.2 Cambrionix Connect

Cambrionix Connect is an application that can be run from a browser by visiting https://connect.cambrionix.com or it can be downloaded from https://www.cambrionix.com/connect. Cambrionix Connect allows you to switch the ports on and off and set the port mode. Cambrionix Connect's home page shows the hubs available, by selecting a hub you can obtain the following information about all the ports:

• Status (Attached/disconnected)

• Mode (Charge/Sync/Off)

• Profile (Charging profile)

*Source: User manual of the accused product*

## ModeChangeAuto

Mode change from Charge to Sync is automatic.

**Syntax: see Call Structure**

```
{
    "method": "cbrx_connection_get",
    "params": [
        connection-handle,
        "ModeChangeAuto"
    ]
}
```

*connection-handle* is the Connection Handles as an integer.

**Returns:**

*Source: User manual of the accused product*

## 5.4.2 Switching port modes

You can switch between port modes by using Cambrionix Connect, the CLI or by connecting to the hub via the API. If you switch a port off then this will stop any connection taking place to the USB device and would mimic unplugging the USB device completely from the host system.

*Source: User manual of the accused product*

## 5.4. Managing Ports & Your SuperSync15

Each port on your SuperSync15 can be managed either individually, or all together. You can turn the ports off and on, change the port mode, or change various other settings applicable to the SuperSync15 more information can be found in the Cambrionix Connect section under Internal hub settings. This can be done through Cambrionix Connect, the CLI or by connecting to the hub via the API.

### 5.4.1 Port Modes

| | |
|---|---|
| Charge | Turn specific ports or the whole hub to charge only mode (no data connection, hub emulates an OEM charger) |
| Sync | Turn specific ports or the whole hub to sync mode |
| Biased | Detect the presence of a device but it will not sync or charge it |
| Off | Turn specific ports on or off or switch the whole hub on or off (no power and no data channels open, mimics unplugging the device) |

Table 5-2

*Source: User manual of the accused product*

### 5.4.2 Switching port modes

You can switch between port modes by using Cambrionix Connect, the CLI or by connecting to the hub via the API. If you switch a port off then this will stop any connection taking place to the USB device and would mimic unplugging the USB device completely from the host system.

If you are in Sync mode and then switch to Charge mode the USB device will disconnect briefly whilst the profiling process takes place, during the profiling process the connection will disconnect and reconnect whilst the device settles on the optimum profile. Once the profiling has taken place, and a charging profile is selected, the device will then draw a charge rate, which will be defined by the charging controller within the USB device. The charging profile will limit the maximum amount that the device is able to draw.

If you are in Off or Charge mode and switch to Sync mode the USB device will disconnect briefly whilst a data connection is opened, the USB device will then become available to the host as if the USB device is connected directly to the host, and will be able to sync data. The SuperSync15 will also charge the device whilst connected. It is impossible to have a data connection to a USB device without any power negotiating, you can reduce the charging rates available by disabling CDP (Charging downstream port).

*Source: User manual of the accused product*

| | |
|---|---|
| in response to the switch being changed to a first position, activating a first mode that disables a first function of the particular port while a second function of the particular port remains enabled; | The accused product discloses in response to the switch (e.g., switching to charge mode) being changed to a first position (e.g., charging mode position), activating (e.g., enabling) a first mode (e.g., charge mode) that disables a first function (e.g., data transfer) of the particular port (e.g., port of the accused product) while a second function (e.g., power transfer) of the particular port (e.g., port of the accused product) remains enabled.

As shown below, the accused product is a 15-port, industrial-grade USB hub designed for fast, simultaneous charging and data transfer for smartphones, tablets, peripherals, etc. The accused product includes 15 downstream ports and allows |

| | switching each port between multiple modes, such as sync mode, charge mode, off mode, etc., using Cambrionix Connect software, a command-line interface (CLI), or an API connection to the hub. When the accused product detects that the mode has been switched to charge mode for a particular port, it activates the port in charging mode, enables charging i.e., power transfer (second function) for that port, and disables data transfer (first function) for that port.  https://www.cambrionix.com/products/supersync15 **SuperSync15 overview** The SuperSync15 is a premium, industrial-grade, fifteen-port USB-A hub designed to charge, connect, and manage devices quickly, reliably, and safely. All downstream ports deliver a shared 5 Gbps for rapid data transfer and up to 10W power output for fast charging of devices. https://www.cambrionix.com/products/supersync15 |

**SuperSync15**

Industry-grade and modular hub built and tested in our Cambridge HQ, engineered for mission-critical environments.

**Connect Premium License**

1-year access to our premium software with remote multi-device control, real-time analytics, firmware updates and more.

https://www.cambrionix.com/products/supersync15



**Charge and sync in parallel**

Charge and transfer data to up to 15 devices at once, reducing manual handling and improving throughput.



**Reliable charging**

Consistent, safe charging across all connected devices with up to 2.1A and 10W of charging power per port.



**Remote management**

Monitor hub performance and control port behaviour via the Cambrionix Connect software platform.

https://www.cambrionix.com/products/supersync15

No additional drivers are required. The hub operates as a plug-and-play device, and Cambrionix Connect software can be downloaded separately for advanced control.

*Source: User manual of the accused product*

The SuperSync15has been designed primarily for desktop use, being highly compact and quiet. It provides 12W of charging power to each of its 15 Type-A ports, allowing mobile devices to be charged quickly, safely and reliably. All ports can be controlled using Cambrionix software to enable charging and data transfer while monitoring important port and device information.

*Source: User manual of the accused product*

## 5. Using your Cambrionix Hub

This section provides guidance on using your hub effectively, either in charge-only or sync-and-charge applications. You will also find detailed information on managing your hub, adjusting port modes, connecting multiple hubs to a single host, and utilising Cambrionix Software for enhanced functionality.

*Source: User manual of the accused product*

### 6.0.4 Cambrionix Hub API

The Cambrionix Hub API allows you to monitor and control each port in detail and to integrate these functions into your own workflow processes. The API comprises a daemon (which is a program running in the background) that can be downloaded from https://www.cambrionix.com/cambrionix-api and installed on the host machine. Port information and control can be provided through the API. Calls are sent as a request to the API to "Get" port, device or Hub information, or "Set" port functions. A library of sample code is downloaded along with the API from the following link https://www.cambrionix.com/cambrionix-api and can be found within the program files under 'examples'. These can help you integrate many of these functions into your process work-flow alongside the complete user manual.

*Source: User manual of the accused product*

### 6.0.2 Cambrionix Connect

Cambrionix Connect is an application that can be run from a browser by visiting https://connect.cambrionix.com or it can be downloaded from https://www.cambrionix.com/connect. Cambrionix Connect allows you to switch the ports on and off and set the port mode. Cambrionix Connect's home page shows the hubs available, by selecting a hub you can obtain the following information about all the ports:

• Status (Attached/disconnected)

• Mode (Charge/Sync/Off)

• Profile (Charging profile)

*Source: User manual of the accused product*

## 5.4.  Managing Ports & Your SuperSync15

Each port on your SuperSync15 can be managed either individually, or all together. You can turn the ports off and on, change the port mode, or change various other settings applicable to the SuperSync15 more information can be found in the Cambrionix Connect section under Internal hub settings. This can be done through Cambrionix Connect, the CLI or by connecting to the hub via the API.

### 5.4.1 Port Modes

first mode

| | |
|---|---|
| Charge | Turn specific ports or the whole hub to charge only mode (no data connection, hub emulates an OEM charger) |
| Sync | Turn specific ports or the whole hub to sync mode |
| Biased | Detect the presence of a device but it will not sync or charge it |
| Off | Turn specific ports on or off or switch the whole hub on or off (no power and no data channels open, mimics unplugging the device) |

Table 5-2

Source: *User manual of the accused product*

## 5.1. Using Without Connecting to a Host

When the hub is powered on and not connected to a local host computer, it automatically switches to charging mode using its intelligent charging algorithm. Simply connect your devices to any available port (excluding the Host Port) using USB-compliant cables to begin charging.

Once the devices are connected, the algorithm will detect the highest charge rate allowable for each attached device. Charging at the optimum rate (up to 2.4A) specified by the manufacturer will commence once profiling is complete. Depending on the state of charge of the device attached, this may take tens of seconds.

| | |
|---|---|
| | *Source: User manual of the accused product* |
| | **5.4.2 Switching port modes**<br><br>You can switch between port modes by using Cambrionix Connect, the CLI or by connecting to the hub via the API. If you switch a port off then this will stop any connection taking place to the USB device and would mimic unplugging the USB device completely from the host system.<br><br>If you are in Sync mode and then switch to Charge mode the USB device will disconnect briefly whilst the profiling process takes place, during the profiling process the connection will disconnect and reconnect whilst the device settles on the optimum profile. Once the profiling has taken place, and a charging profile is selected, the device will then draw a charge rate, which will be defined by the charging controller within the USB device. The charging profile will limit the maximum amount that the device is able to draw.<br><br>If you are in Off or Charge mode and switch to Sync mode the USB device will disconnect briefly whilst a data connection is opened, the USB device will then become available to the host as if the USB device is connected directly to the host, and will be able to sync data. The SuperSync15 will also charge the device whilst connected. It is impossible to have a data connection to a USB device without any power negotiating, you can reduce the charging rates available by disabling CDP (Charging downstream port).<br><br>*Source: User manual of the accused product* |
| in response to the switch being changed to a second position, activating a second mode that enables the first function of the particular port while the second function of the particular port remains | The accused product discloses in response to the switch (e.g., switching to sync mode) being changed to a second position (e.g., sync mode position), activating (e.g., enabling) a second mode (e.g., sync mode) that enables the first function (e.g., data transfer) of the particular port (e.g., port of the accused product) while the second function (e.g., power transfer) of the particular port (e.g., port of the accused product) remains enabled.<br><br>As shown below, the accused product is a 15-port, industrial-grade USB hub designed |

| enabled, and | for fast, simultaneous charging and data transfer for smartphones, tablets, peripherals, etc. The accused product includes 15 downstream ports and allows switching each port between multiple modes, such as sync mode, charge mode, off mode, etc., using Cambrionix Connect software, a command-line interface (CLI), or an API connection to the hub. When the accused product detects that the mode has been switched to sync mode for a particular port, it activates the port in sync mode, enabling simultaneous charging i.e., power transfer (second function) and data transfer (first function) for that port. |
|---|---|
| |  |
| | https://www.cambrionix.com/products/supersync15 |
| | **SuperSync15 overview** |
| | The SuperSync15 is a premium, industrial-grade, fifteen-port USB-A hub designed to charge, connect, and manage devices quickly, reliably, and safely. All downstream ports deliver a shared 5 Gbps for rapid data transfer and up to 10W power output for fast charging of devices. |
| | https://www.cambrionix.com/products/supersync15 |

## SuperSync15

Industry-grade and modular hub built and tested in our Cambridge HQ, engineered for mission-critical environments.

## Connect Premium License

1-year access to our premium software with remote multi-device control, real-time analytics, firmware updates and more.

https://www.cambrionix.com/products/supersync15







**Charge and sync in parallel**

Charge and transfer data to up to 15 devices at once, reducing manual handling and improving throughput.

**Reliable charging**

Consistent, safe charging across all connected devices with up to 2.1A and 10W of charging power per port.

**Remote management**

Monitor hub performance and control port behaviour via the Cambrionix Connect software platform.

https://www.cambrionix.com/products/supersync15

No additional drivers are required. The hub operates as a plug-and-play device, and Cambrionix Connect software can be downloaded separately for advanced control.

*Source: User manual of the accused product*

The SuperSync15has been designed primarily for desktop use, being highly compact and quiet. It provides 12W of charging power to each of its 15 Type-A ports, allowing mobile devices to be charged quickly, safely and reliably. All ports can be controlled using Cambrionix software to enable charging and data transfer while monitoring important port and device information.

*Source: User manual of the accused product*

## 5. Using your Cambrionix Hub

This section provides guidance on using your hub effectively, either in charge-only or sync-and-charge applications. You will also find detailed information on managing your hub, adjusting port modes, connecting multiple hubs to a single host, and utilising Cambrionix Software for enhanced functionality.

*Source: User manual of the accused product*

### 6.0.4 Cambrionix Hub API

The Cambrionix Hub API allows you to monitor and control each port in detail and to integrate these functions into your own workflow processes. The API comprises a daemon (which is a program running in the background) that can be downloaded from https://www.cambrionix.com/cambrionix-api and installed on the host machine. Port information and control can be provided through the API. Calls are sent as a request to the API to "Get" port, device or Hub information, or "Set" port functions. A library of sample code is downloaded along with the API from the following link https://www.cambrionix.com/cambrionix-api and can be found within the program files under 'examples'. These can help you integrate many of these functions into your process work-flow alongside the complete user manual.

*Source: User manual of the accused product*

### 6.0.2 Cambrionix Connect

Cambrionix Connect is an application that can be run from a browser by visiting https://connect.cambrionix.com or it can be downloaded from https://www.cambrionix.com/connect. Cambrionix Connect allows you to switch the ports on and off and set the port mode. Cambrionix Connect's home page shows the hubs available, by selecting a hub you can obtain the following information about all the ports:

• Status (Attached/disconnected)

• Mode (Charge/Sync/Off)

• Profile (Charging profile)

*Source: User manual of the accused product*

### ModeChangeAuto

Mode change from Charge to Sync is automatic.

**Syntax: see Call Structure**

```
{
    "method": "cbrx_connection_get",
    "params": [
        connection-handle,
        "ModeChangeAuto"
    ]
}
```

connection-handle is the Connection Handles as an integer.

**Returns:**

*Source: User manual of the accused product*

## 5.4.  Managing Ports & Your SuperSync15

Each port on your SuperSync15 can be managed either individually, or all together. You can turn the ports off and on, change the port mode, or change various other settings applicable to the SuperSync15 more information can be found in the Cambrionix Connect section under Internal hub settings. This can be done through Cambrionix Connect, the CLI or by connecting to the hub via the API.

### 5.4.1 Port Modes

| Charge | Turn specific ports or the whole hub to charge only mode (no data connection, hub emulates an OEM charger) |
|--------|---|
| Sync | Turn specific ports or the whole hub to sync mode — second mode |
| Biased | Detect the presence of a device but it will not sync or charge it |
| Off | Turn specific ports on or off or switch the whole hub on or off (no power and no data channels open, mimics unplugging the device) |

Table 5-2

*Source: User manual of the accused product*

### 5.4.2 Switching port modes

You can switch between port modes by using Cambrionix Connect, the CLI or by connecting to the hub via the API. If you switch a port off then this will stop any connection taking place to the USB device and would mimic unplugging the USB device completely from the host system.

If you are in Sync mode and then switch to Charge mode the USB device will disconnect briefly whilst the profiling process takes place, during the profiling process the connection will disconnect and reconnect whilst the device settles on the optimum profile. Once the profiling has taken place, and a charging profile is selected, the device will then draw a charge rate, which will be defined by the charging controller within the USB device. The charging profile will limit the maximum amount that the device is able to draw.

If you are in Off or Charge mode and switch to Sync mode the USB device will disconnect briefly whilst a data connection is opened, the USB device will then become available to the host as if the USB device is connected directly to the host, and will be able to sync data. The SuperSync15 will also charge the device whilst connected. It is impossible to have a data connection to a USB device without any power negotiating, you can reduce the charging rates available by disabling CDP (Charging downstream port).

*Source: User manual of the accused product*

### 5.2.2 Charging

When the Host Port is connected to a local computer, the hub defaults to Sync mode and charge currents are determined according to USB Implementers Forum (USBIF) Super-Speed USB3 specifications. If the attached device complies with USB-IF Battery Charging specification BC1.2 and supports Charging Downstream Port (CDP), the hub can provide high-speed charging at 1.5A. If the connected device does not comply with BC1.2, the charge current will be limited to Standard Downstream Port (SDP) which is 0.9A in compliance with USB specifications. Information on the different charging levels can be found in the Port Specifications section.

The SuperSync15 also has an 'ALT Sync Charge' mode which is on by default, having this option selected will allow the SuperSync15 to charge devices up to 2.4A whilst syncing data.

*Source: User manual of the accused product*

### 5.2.3 Data Transfer

If you wish to transfer data, change applications, restore or update your mobile device, a data connection to a local host computer is required. The Cambrionix Hub API and software is compatible with macOS®, Windows™ and Linux® operating systems and can transfer data between these operating systems and many mobile operating systems such as iOS™ and Android™.

In order to transfer data, connect the host port to your local (host) computer using a Type-A compliant cable. Any devices connected to the hub will now appear as if they were connected to the host computer's USB port.

*Source: User manual of the accused product*

| Sync Charge | Enable CDP* on a per port basis | On |
|---|---|---|

*Source: User manual of the accused product*

| | |
|---|---|
| | *Charging Downstream Port (CDP) Being enabled means that a port is capable of transferring data and charging the device at the same time with a higher current than just data syncing alone. With CDP enabled the hub can supply up to 1.5 A<br><br>*Source: User manual of the accused product* |
| in response to the switch being changed to a third position, deactivating the first mode and the second mode. | The accused product discloses in response to the switch (e.g., switching to off mode) being changed to a third position (e.g., off mode position), deactivating (e.g., disabling) the first mode (e.g., charge mode) and the second mode (e.g., sync mode).<br><br>As shown below, the accused product is a 15-port, industrial-grade USB hub designed for fast, simultaneous charging and data transfer for smartphones, tablets, peripherals, etc. The accused product includes 15 downstream ports and allows switching each port between multiple modes, such as sync mode, charge mode, off mode, etc., using Cambrionix Connect software, a command-line interface (CLI), or an API connection to the hub. When the accused product detects that the mode has been switched to off mode for a particular port, it disables both charging and data transfer for that port, i.e., deactivating both charge and sync modes.<br><br><br><br>https://www.cambrionix.com/products/supersync15 |

## SuperSync15 overview

The SuperSync15 is a premium, industrial-grade, fifteen-port USB-A hub designed to charge, connect, and manage devices quickly, reliably, and safely. All downstream ports deliver a shared 5 Gbps for rapid data transfer and up to 10W power output for fast charging of devices.

https://www.cambrionix.com/products/supersync15

### SuperSync15

Industry-grade and modular hub built and tested in our Cambridge HQ, engineered for mission-critical environments.

### Connect Premium License

1-year access to our premium software with remote multi-device control, real-time analytics, firmware updates and more.

https://www.cambrionix.com/products/supersync15



**Charge and sync in parallel**

Charge and transfer data to up to 15 devices at once, reducing manual handling and improving throughput.



**Reliable charging**

Consistent, safe charging across all connected devices with up to 2.1A and 10W of charging power per port.



**Remote management**

Monitor hub performance and control port behaviour via the Cambrionix Connect software platform.

https://www.cambrionix.com/products/supersync15

No additional drivers are required. The hub operates as a plug-and-play device, and Cambrionix Connect software can be downloaded separately for advanced control.

*Source: User manual of the accused product*

The SuperSync15has been designed primarily for desktop use, being highly compact and quiet. It provides 12W of charging power to each of its 15 Type-A ports, allowing mobile devices to be charged quickly, safely and reliably. All ports can be controlled using Cambrionix software to enable charging and data transfer while monitoring important port and device information.

*Source: User manual of the accused product*

## 5. Using your Cambrionix Hub

This section provides guidance on using your hub effectively, either in charge-only or sync-and-charge applications. You will also find detailed information on managing your hub, adjusting port modes, connecting multiple hubs to a single host, and utilising Cambrionix Software for enhanced functionality.

*Source: User manual of the accused product*

### 6.0.4 Cambrionix Hub API

The Cambrionix Hub API allows you to monitor and control each port in detail and to integrate these functions into your own workflow processes. The API comprises a daemon (which is a program running in the background) that can be downloaded from https://www.cambrionix.com/cambrionix-api and installed on the host machine. Port information and control can be provided through the API. Calls are sent as a request to the API to "Get" port, device or Hub information, or "Set" port functions. A library of sample code is downloaded along with the API from the following link https://www.cambrionix.com/cambrionix-api and can be found within the program files under 'examples'. These can help you integrate many of these functions into your process work-flow alongside the complete user manual.

*Source: User manual of the accused product*

### 6.0.2 Cambrionix Connect

Cambrionix Connect is an application that can be run from a browser by visiting https://connect.cambrionix.com or it can be downloaded from https://www.cambrionix.com/connect. Cambrionix Connect allows you to switch the ports on and off and set the port mode. Cambrionix Connect's home page shows the hubs available, by selecting a hub you can obtain the following information about all the ports:

• Status (Attached/disconnected)

• Mode (Charge/Sync/Off)

• Profile (Charging profile)

*Source: User manual of the accused product*

## 5.4.  Managing Ports & Your SuperSync15

Each port on your SuperSync15 can be managed either individually, or all together. You can turn the ports off and on, change the port mode, or change various other settings applicable to the SuperSync15 more information can be found in the Cambrionix Connect section under Internal hub settings. This can be done through Cambrionix Connect, the CLI or by connecting to the hub via the API.

### 5.4.1 Port Modes

| | |
|---|---|
| Charge | Turn specific ports or the whole hub to charge only mode (no data connection, hub emulates an OEM charger) |
| Sync | Turn specific ports or the whole hub to sync mode |
| Biased | Detect the presence of a device but it will not sync or charge it |
| Off | Turn specific ports on or off or switch the whole hub on or off (no power and no data channels open, mimics unplugging the device) |

Table 5-2

*Source: User manual of the accused product*

### 5.4.2 Switching port modes

You can switch between port modes by using Cambrionix Connect, the CLI or by connecting to the hub via the API. If you switch a port off then this will stop any connection taking place to the USB device and would mimic unplugging the USB device completely from the host system.

If you are in Sync mode and then switch to Charge mode the USB device will disconnect briefly whilst the profiling process takes place, during the profiling process the connection will disconnect and reconnect whilst the device settles on the optimum profile. Once the profiling has taken place, and a charging profile is selected, the device will then draw a charge rate, which will be defined by the charging controller within the USB device. The charging profile will limit the maximum amount that the device is able to draw.

If you are in Off or Charge mode and switch to Sync mode the USB device will disconnect briefly whilst a data connection is opened, the USB device will then become available to the host as if the USB device is connected directly to the host, and will be able to sync data. The SuperSync15 will also charge the device whilst connected. It is impossible to have a data connection to a USB device without any power negotiating, you can reduce the charging rates available by disabling CDP (Charging downstream port).

*Source: User manual of the accused product*